JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

## DEFENDANTS

ONE 1992 KENWORTH TRACTOR
VIN NO. 1XKADB9X3NJ568057

**B-01-108**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    CAMERON

(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT

(IN U.S. PLAINTIFF CASES ONLY)

NOTE    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

United States District Court
Southern District of Texas
FILED

JUN 2 2 2001

Michael N. Milby
Clerk of Court

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
RONALD G. MORGAN
600 E. HARRISON STREET, #201
BROWNSVILLE, TX 78520
(956) 548-2554

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION    (PLACE AN "X" IN ONE BOX ONLY)

☒ 1  U S Government
Plaintiff

☐ 2  U S Government
Defendant

☐ 3  Federal Question
(U S Government Not a Party)

☐ 4  Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES    (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## VI. ORIGIN    (PLACE AN "X" IN ONE BOX ONLY)

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
another district
(specify)

☐ 6  Multidistrict
Litigation

☐ 7  Appeal to District
Judge from
Magistrate
Judgment

## V. NATURE OF SUIT    (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R R & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION    (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY )

21 USC §881(a)(4)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY    (See instructions)

JUDGE

DOCKET NUMBER

DATE

6-22-1

SIGNATURE OF ATTORNEY OF RECORD

For Ronald G. Morgan    A.U.S.A.
w/ permission

## FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG JUDGE

This form was electronically produced by Elite Federal Forms, Inc

United States District Court
Southern District of Texas
FILED

JUN 2 2 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. *B-01-108* |
| | § | |
| ONE 1992 KENWORTH TRACTOR | § | |
| VIN No. 1XKADB9X3NJ568057 | § | |
| Defendant. | § | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America, Plaintiff, files this Verified Complaint for Forfeiture in Rem and would show as follows:

1.    This is a civil action brought pursuant to 18 U.S.C. § 983 to enforce the provisions of 21 U.S.C. §881(a)(4), which provides for forfeiture of property which is used, or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance in violation of the controlled Substances Act, 21 U.S.C. § 801 et. seq.

2.    The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345 and 1355; venue lies in the Southern District of Texas pursuant to 28 U.S.C. § 1395.

3.    The Defendant Property is a 1992 KENWORTH TRACTOR, (Vehicle Identification Number (VIN No.) 1XKADB9X3NJ568057), which is forfeitable to the United States pursuant to the above statutes.  The Defendant Property was seized on February 23, 2001, near Sarita, Texas from the possession of JOSE ADAN GARZA.

4.    On February 23, 2001,  JOSE ADAN GARZA was driving the Defendant Property and pulling a trailer when he was stopped at the United States Border Patrol Checkpoint near Sarita, Texas.  At the time of the stop, a drug detection dog alerted on the tractor.

CISPDF - www.texto.com

5.    JOSE ADAN GARZA informed the agents that marihuana was concealed in a specially built compartment in the sleeper portion of the tractor.

6.    An inspection of the area indicated by JOSE ADAN GARZA revealed 49 bundles of marihuana, weighing approximately 623 kilograms (approximately 1,371 pounds).  As a result of this discovery, the Defendant Property was seized and is currently being held by the United States Marshals Service for the Drug Enforcement Administration.

7.    On March 14, 2001 a grand jury returned an indictment charging JOSE ADAN GARZA with possession with the intent to distribute more than 100 kilograms (approximately 623 kilograms or approximately 1,371 pounds) of marihuana.

8.    On Aril 24, 2001, JOSE ADAN GARZA entered a guilty plea to possession with the intent to distribute a quantity of marihuana in excess of 100 kilograms, which was the approximately 1,371 pounds of marihuana discovered in the hidden compartment of the Defendant Property and seized by the Drug Enforcement Administration on February 23, 2001.

9.    Upon information and belief, the Government avers that the registered owner of the Defendant Property is recorded as Nicolas Gonzalez, Jr., whose address on the registration is listed as P.O. Box 926, Edcouch, Texas 78538.

10.    Upon information and belief, the Government avers that on August 29, 2000 a federal grand jury returned an indictment charging, among others, Nicolas Gonzalez with, among other violations, conspiracy to possess and distribute more than 1000 kilograms of marihuana, in violation of 21 U.S.C. §§ 841 and 846, and money laundering, in violation of 18 U.S.C. § 1956, during the period beginning January 1995 and continuing until the present.

11.    Upon information and belief, the Government avers that there exists a lien against

2

the Defendant Property held by Associates Commercial Corporation, 901 N.E. Loop 410, Suite 618, San Antonio, Texas 78209.  The amount of that lien, as of April 24, 2001, is approximately $5,250.25.

12.    The Government further avers that on April 24, 2001, after being notified of the Government's intent to forfeit the Defendant Property, Associates Commercial Corporation filed a claim to the Defendant Property.

13.    The Government does not contest the existence of the lien held by Associates Commercial.

14.    The Defendant Property was used, or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of an illegal controlled substance in violation of 21 U.S.C. § 801 et. seq. and is therefore subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4).

WHEREFORE, Plaintiff prays that:

A.    Monition issue according to the normal procedure of the Court, citing all persons having an interest in the above described Defendant Properties, to appear on the return day of process by filing a claim within ten (10) days from execution of process and an answer within twenty (20) days thereafter pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims;

B.    That judgment of forfeiture be decreed against the Defendant Property;

C.    That upon final order of forfeiture the Defendant Property be disposed of by the U.S. Marshals Service in accordance with law; and

3

D.      For Costs and other such and further relief to which the Plaintiff may

be entitled.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney

By: _____
RONALD G. MORGAN
Assistant United States Attorney
Fed. Bar No. 23902
600 East Harrison, Ste. 201
Brownsville, Texas 78521
Tel :(956) 548-2554
Fax: (956) 548-2711

4

CibPDF - www.fenha.com

## **VERIFICATION**

I, <u>Charles Bartels</u>, upon oath declare and say that:

1.  I am a Task Force Officer with the Drug Enforcement Administration, and I am one of the agents responsible for the investigation concerning this litigation.

2.  I have read the above Complaint for Forfeiture.

3.  I have furnished the information leading to the allegations contained in the Complaint for Forfeiture.

4.  Based on my investigation, the information and allegations contained in the Complaint for Forfeiture are true and correct and establish probable cause to seize and forfeit the Defendant Properties as set forth therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31 ST Day of _MAY_____, 2001.

CHARLES BARTELS
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me on this the 31 st day of _May___, 2001.

NORA J. LONGORIA
MY COMMISSION EXPIRES
February 23, 2002

Notary Public for the States of Texas

My commission expires on 2/23/02 .

5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **VERIFIED COMPLAINT FOR**

**FORFEITURE** *IN REM* was sent via first-class mail, return receipt requested, to the party

listed below on this **22nd** day of __**June**_____ 2001.

Nicolas Gonzalez, Jr.
100 Ellia Street
Edcouch Texas 78538


Jose Adan Garza
116 Ellia Street
Edcouch, Texas 78538


Michael P. Ridulfo
Sorrell, Anderson, Lehrman, Maixner & Ridulfo, L.L.P.
Counsel for Claimant Associates Commercial Corporation
711 N. Carancahua
1200 American Bank Plaza
Corpus Christi Texas 78475


RONALD G. MORGAN
Assistant U.S. Attorney


6

# WARRANT OF SEIZURE AND MONITION
## UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

**To the United Marshals Service or any designated agent:**

**WHEREAS,** on this day, a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas, by MERVYN M. MOSBACKER, United States Attorney for said district, on behalf of the United States of America, against the following described property:

(1)ONE 1992 KENWORTH TRACTOR VIN No.1XKADB9X3NJ568057

and praying that all person interested in said goods, wares, and merchandise may be cited in general and special, to answer the premises; and due proceedings being had, that the said goods, wares, and merchandise may, for the causes in said Complaint mentioned, be condemned as forfeited to the use of the United States.

**YOU ARE THEREFORE HEREBY COMMANDED** to attach the said goods, wares, and merchandise, and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the LOCAL NEWSPAPER to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said Complaint, that they be and appear before this Court, at the City of Brownsville within the (30) days after giving of publication notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim for the same and to make their allegations in that behalf and that they shall file and serve their answers within (20) days after the filing of said claims.  And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT:<br><br>BROWNSVILLE, TEXAS |
|---|---|
| DATE: | CLERK:<br>MICHAEL N. MILBY |
| | BY DEPUTY CLERK: |

RETURNABLE ___ DAY AFTER ISSUE.

## SERVICE RETURN

| DISTRICT: | DATE THE WRIT WAS RECEIVED AND EXECUTED |
|---|---|
| U.S. MARSHAL | BY DEPUTY MARSHAL: |

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

____SOUTHERN____ DISTRICT OF ____TEXAS____

UNITED STATES OF AMERICA

SUMMONS IN A CIVIL ACTION

V.

ONE 1992 KENWORTH TRACTOR
VIN No. 1XKADB9X3NJ568057

CASE NUMBER:   **B - 01 - 10 8**

TO: (Name and Address of Defendant)

Jose Adan Garza
116 Ellia Street
Edcouch, TX 78538

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Ronald G. Morgan
Assistant U.S. Attorney
600 E. Harrison Street, #201
Brownsville, TX 78520

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

June 22, 2001

CLERK

DATE

BY DEPUTY CLERK

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF _____

UNITED STATES OF AMERICA

v.

ONE 1992 KENWORTH TRACTOR
VIN No. 1XKADB9X3NJ568057

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

B-01-108

TO: (Name and Address of Defendant)

Michael P. Ridulfo
Attorney At Law
Counsel For Claimant Associates Commerical Corporation
711 N. Carancahua
1200 American Bank Plaza
Corpus Christi, TX 78475

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Ronald G. Morgan
Assistant United States Attorney
600 E. Harrison Street, #201
Brownsville, TX 78520

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N Milby, Clerk

_____
CLERK

June 22, 2001
_____
DATE

_____
BY DEPUTY CLERK

CitiPDF - www.faxiio.com

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN —————— DISTRICT OF ———— TEXAS

UNITED STATES OF AMERICA

v.

ONE 1992 KENWORTH TRACTOR
VIN No. 1XKADB9X3NJ568057

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: **B - 01 - 108**

TO: (Name and Address of Defendant)

Nicolas Gonzalez, Jr.
100 Ellia Street
Edcouch, TX 78538

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Ronald G. Morgan
Assistant United States Attorney
600 E. Harrison Street, #201
Brownsville, TX 78520

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N Milby, Clerk

CLERK

June 22, 2001
DATE

BY DEPUTY CLERK