# U.S. Department of Justice
# United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

5

| PLAINTIFF | (CATS ID#: 01-DEA-389093) | COURT CASE NUMBER |
|---|---|---|
| United States of America | | Civil No. B-01-108 |
| DEFENDANT | One 1992 Kenworth Tractor Vin No. 1XKADB9X3NJ568057 | TYPE OF PROCESS Personal Service/Summons |

**SERVE ➤ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jose Adan Garza

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

116 Ellia Street, ~~XXXXXXXXXXXXX~~ Edcouch, TX 78538

United States District Court
Southern District of Texas
FILED

JUL 0 5 2001

Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald G. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service).
Fold                                                                                                                                             Fold

personally hand-deliver a copy of the Verified Complaint for Forfeiture in Rem to the above-named Climant and/or any other qualified member of household.

Signature of Attorney or other Originator requesting service on behalf of.    [X] PLAINTIFF    TELEPHONE NUMBER    DATE
_Ronald Morgan_                                                                [ ] DEFENDANT    (956) 548-2554      June 22, 2001

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | S/TX | |

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | [ ] A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 06/28/01   Time: 11:00 am<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 34.5¢ x 50 miles | 8.00 | 70.25 | | 70.25 | |

REMARKS: $17.25

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

CAB-01-108

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 06-28-01 |
| NAME OF SERVER (PRINT) Isaac Karam | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 34.5 × 50 miles = 17.25 | 45.00 | 62.25 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06-28-01
             Date            Signature of Server

Address of Server: 1701 W. Bus. Hwy 83 Suite 835
McAllen, TX 78501

B-01-108

United States District Court
Southern District of Texas
RECEIVED
JUL -5 2001   8:59

Michael N. Milby, Clerk of Court

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.