7



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL NO. B-01-108 |
| | § | |
| ONE 1992 KENWORTH TRACTOR | § | |
| VIN NO. 1XKADB9X3NJ568057 | § | |
| Defendant | § | |

## ANSWER OF ASSOCIATES COMMERCIAL CORPORATION TO VERIFIED COMPLAINT FOR FORFEITURE IN REM

Associates Commercial Corporation ("Associates") hereby submits its Answer to Verified Complaint for Forfeiture In Rem and, in support hereof, states as follows:

I. **RESPONSE TO NUMBERED PARAGRAPHS**

1. Admitted.

2. Admitted.

3. Admitted, subject to Associates' lien on the referenced vehicle.

4. Associates is without information sufficient to admit or deny to the allegations in this paragraph.

5. Associates is without information sufficient to admit or deny to the allegations in this paragraph.

6. Associates is without information sufficient to admit or deny to the allegations in this paragraph.

7. Associates is without information sufficient to admit or deny to the allegations in this paragraph.

8. Associates is without information sufficient to admit or deny to the allegations in this paragraph.

9. Admitted, subject to Associates' lien on the vehicle.

10. Associates is without information sufficient to admit or deny to the allegations in this paragraph.

11. Admitted.

12. Admitted.

13. Admitted.

14. Associates is without information sufficient to admit or deny to the allegations in this paragraph.

## II. RESPONSE TO REQUESTED RELIEF

Associates does not contest to the forfeiture of the interest of its borrower, Nicholas Gonzalez, Jr., but asserts a lien with respect to the vehicle. In addition, Associates asserts that it is entitled to the release of the vehicle.

Wherefore, Associates Commercial Corporation respectfully requests that the Court allow the United States' request for forfeiture in rem subject to Associates' rights as lienholder and grant Associates such other and further relief to which it may show itself entitled.

        Respectfully submitted,

_____
Michael P. Ridulfo
State Bar No. 16902020
**SORRELL, ANDERSON, LEHRMAN,
MAIXNER & RIDULFO, L.L.P.**
1200 American Bank Plaza
Corpus Christi, Texas 78475
(361) 884-4981 FAX (361) 884-9618
**ATTORNEY FOR ASSOCIATES
COMMERCIAL CORPORATION**

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing has been served upon the following parties-in-interest, Via First Class Mail, on this the 6th day of July, 2001.

Ronald G. Morgan, Esq.
Assistant United States Attorney
600 East Harrison, Ste. 201
Brownsville, Texas 78521

Mr. Nicholas Gonzalez, Jr.
100 Ellia Street
Edcouch, Texas 78538

Jose Adan Garza
116 Ellia Street
Encouch, Texas 78538

_____
Michael P. Ridulfo