○9

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE   CAB-01-108

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  7-5-01 |
| NAME OF SERVER (PRINT)  Russell Carter | TITLE  DUSM |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 711 N Carancahua Corpus Christi, TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED
JUL 18 2001
Michael N. Milby
Clerk of Court

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| .34 | 45⁰⁰ | 45³⁴ |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-5-01
            Date

Signature of Server: Russell Carter

Address of Server: 1133 N. Shoreline CC, TX 78401

U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED rec'd 88
01 JUL 18 PM 1:42
MICHAEL N. MILBY, CLERK

R-01-108

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| (CATIS ID#: 01-DEA-389093) United States of America | Civil No. B-01-108 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| One 1992 Kenworth Tractor Vin No. 1XKADB9X3NJ568057 | Personal Service/Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Michael P. Ridulfo, Counsel For Claimant, Associates Commerical Corporation

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

711 N. Carancahua, 1200 American Bank Plaza, Corpus Christi, TX 78475

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald G. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

personally hand-deliver a copy of the Verified Complaint for Forfeiture in Rem to the above-named Claimant and/or any other qualified officer/employee of Sorrell, Anderson, Lehrman, Maixner & Ruidulfo, L.L.P.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (956) 548-2554
DATE: June 22, 2001

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 6-28-01 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 7-5-01 | 1440 | pm |

Signature of U.S. Marshal or Deputy: R. Cant

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | 34 | | 45 34 | | | |

REMARKS:

**1. CLERK OF THE COURT**

PRIOR EDITIONS MAY BE USED

FORM USM-285 (Rev. 12/15/80)