/

United States District Court
Southern District of Texas
FILED

AUG 1 0 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-01-108          DATE & TIME: ____08-22-01 AT 2:00 P.M.____

UNITED STATES OF AMERICA            PLAINTIFF(S) ____RON MORGAN____
                                    COUNSEL

VS.

ONE 1992 KENWORTH TRACTOR           DEFENDANT(S) ___MICHAEL P. RIDULFO___
                                    COUNSEL

---

Attorney Ron Morgan appeared in chambers.

U.S.A. will move for default against registered owner.
Claimant is lienholder.
U.S.A. is negotiating with lienholder.