United States District Court
Southern District of Texas
FILED

SEP 1 4 2001

Michael N. Milby
Clerk of Court

11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-01-108 |
| | § | |
| ONE 1992 KENWORTH TRACTOR | § | |
| VIN No. 1XKADB9X3NJ568057 | § | |
| Defendant. | § | |

**MOTION FOR DEFAULT JUDGMENT AND**
**AND ENTRY OF FINAL ORDER OF FORFEITURE**

The United States of America, Plaintiff, pursuant to Rule 55 of the Federal Rules of Civil Procedure, moves this Court for a Default Judgment and for Entry of Final Order of Forfeiture against ONE 1992 KENWORTH TRACTOR VIN No. 1XKADB9X3NJ568057(hereafter "Defendant Property") and as reasons state the following:

1. On June 22, 2001, the Plaintiff filed its Complaint for Forfeiture In Rem seeking forfeiture of the Defendant Property pursuant to 21 U.S.C. § 881(a)(4). Personal service of the complaint on Nicolas Gonzalez, Jr. was accomplished on June 28, 2001 and was accepted by Hortencia Gonzalez, the spouse of Nicolas Gonzalez, Jr. Government Exhibit 1[1]. Jose Adan, the individual from whom the Defendant Property was seized, was personally served with a copy of the complaint on June 28, 2001. Government Exhibit 2. Personal service of the complaint was effected upon Michael Ridulfo, counsel for the lien holder claimant Associates Commercial Corporation, on July 5, 2001. Government Exhibit 3.

2. In accordance with Rule C(4) of the Supplemental Rules for Certain Admiralty and

---

[1] The exhibits appear at the end of this document.

Maritime Claims (hereinafter "Supplemental Rules"), which govern forfeiture proceedings as actions in rem, Supplemental Rule a(2), notice of forfeiture was published in the McAllen Monitor newspaper for three consecutive weeks beginning July 6, 2001 and ending July 20, 2001. Government Exhibit 4.

3. More than 30 days have past since notice by publication was completed. Furthermore, more than 60 days have passed since the possessor and registered owners of the Defendant Property received personal notice of the forfeiture complaint. To date, only the lien holder claimant, Associates Commercial Corporation, has filed a statement of interest or verified claim and answer to the Complaint.

4. To date neither a statement of interest/verified claim nor an answer have been filed by either the registered owner or the person from whom the Defendant Property was seized. As set forth in its original complaint, the Government will concede the claim of the lien holder, subject to negotiations by which a fixed amount or limit of the lien holder's claim is established.

5. Because of the failure to timely file the required verified claim or statement of interest [2] and answer, Plaintiff requests that the Court enter a Judgment by Default and enter a Final Order of Forfeiture against the Defendant Property pursuant to the provisions of Rule 55(b)(2) of the Federal Rules of Civil Procedure.

6. The government moves to be reimbursed its costs (including publication) and for all

---

[2] Neither the registered owner nor the person from whom the Defendant Property was seized have ever filed a claim for the Defendant Property. This failure includes the failure to file a claim by which the administrative forfeiture was halted and referred to the United States Attorney's office for commencement of the instant proceedings. The only interested party to have filed a claim for the Defendant Property is the lien holder claimant, Associates Commercial Corporation.

other relief the Court finds appropriate.

                              Respectfully submitted,

                              GREGORY A. SERRES
                              United States Attorney

By:    _/s/ Ronald G. Morgan_____
                RONALD G. MORGAN
                Assistant United States Attorney
                Fed. Bar No. 23902
                TX Bar No. 00795014
                600 East Harrison, Ste. 201
                Brownsville, Texas 78521
                Tel :(956) 548-2554
                Fax: (956) 548-2711

## VERIFICATION

I, Ronald G. Morgan, Assistant United States Attorney, verify the following:

1. I represent the Plaintiff in this action. The Defendant Property was seized by agents of the Drug Enforcement Administration on February 23, 2001. At the time of the seizure, the agents had probable cause, based upon the discovery of 1371 pounds of marihuana in a hidden area in the truck's sleeper cabin, to believe that the Defendant Property was being used to convey controlled substances and was, therefore, subject to forfeiture.

2. A Complaint for Forfeiture was filed by the United States of America against the Defendant Property and was served upon all potentially interested persons.

3. Neither the registered owner, nor the person from whom the Defendant Property was seized has filed a timely claim, statement of interest or an answer to the complaint. The only claimant to file the required claim or statement of interest and answer is the holder of a lien on the Defendant Property, Associates Commercial Corporation. The Government is prepared to concede the lien holder's claim, subject to negotiations to establish the amount of that claim.

4. The Plaintiff knows of no reason why Final Judgment by Default should not be entered against the interests of the registered owner, the person from whom the Defendant Property was seized, and all others, excepting the lien holder, Associates Commercial Corporation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this the 13th day of September, 2001.

_____
RONALD G. MORGAN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___14th___ day of ___September___, 2001, a true and correct copy of the foregoing **MOTION FOR JUDGMENT BY DEFAULT & ENTRY of FINAL ORDER OF FORFEITURE** was mailed, certified, return receipt requested, to the following individuals at the addresses indicated:

Nicolas Gonzalez, Jr.
100 Ellia Street
Edcouch Texas 78538


Jose Adan Garza
116 Ellia Street
Edcouch, Texas 78538


Michael P. Ridulfo
Sorrell, Anderson, Lehrman, Maixner & Ridulfo, L.L.P.
Counsel for Claimant Associates Commercial Corporation
711 N. Carancahua
1200 American Bank Plaza
Corpus Christi Texas 78475

RONALD G. MORGAN
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-01-108 |
| | § | |
| ONE 1992 KENWORTH TRACTOR | § | |
| VIN No. 1XKADB9X3NJ568057 | § | |
| Defendant. | § | |

### ORDER OF FORFEITURE

The United States of America has moved for entry of a Judgment by Default and a Final Order of Forfeiture. The Plaintiff has shown: that probable cause exists for the seizure and forfeiture of ONE 1992 KENWORTH TRACTOR, VIN No. 1XKADB9X3NJ568057; that all potential claimants were served with notice of the action; and that, within the required period, only the holder of a lien on the Defendant Property has filed the required claim or statement of interest and answer. Based upon the facts presented, the Court **GRANTS** Plaintiff's motion, and it is hereby **ORDERED**:

1. That a judgment by default is entered against ONE 1992 KENWORTH TRACTOR VIN No. 1XKADB9X3NJ568057;

2. That all persons claiming any right, title or interest in or to the Defendant Property, with the exception of Associates Commercial Corporation, are held in default;

3. That ONE 1992 KENWORTH TRACTOR VIN No. 1XKADB9X3NJ568057 is forfeited to the United States of America, subject only to the claim of Associates Commercial Corporation;

4. That the government and counsel for Associates Commercial Corporation will enter into negotiations regarding Associate Commercial Corporation's claim and inform the Court as

to whether settlement has been accomplished or whether trial to establish the amount of the claim will be necessary; and

    5. That the United States Marshals Service shall dispose of the Defendant Property in accordance with law.

**THIS IS THE FINAL ORDER OF FORFEITURE REGARDING THE DEFENDANT PROPERTY, EXCEPTING THE CLAIM OF ASSOCIATES COMMERCIAL CORPORATION.**

    Signed this the _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE