AO456(Rev. 5/85) Notice

12

# United States District Court
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 0 9 2001
Michael N. Milby
Clerk of Court

**UNITED STATES OF AMERICA**

VS.                                NOTICE    B-01-CV-108

**One 1992 Kenworth Tractor
VIN No. 1XKADB9X3NJ568057**

---

Type of Case:

☒ CIVIL          ☐ CRIMINAL

---

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: | Room No: **Courtroom # 4** |
|---|---|
| U.S.District Court<br>U.S. Courthouse, 3rd Floor<br>600 E. Harrison Street<br>Brownsville, Texas 78520 | U.S. District Judge Filemon B. Vela<br><br>Date: Tuesday, October 30, 2001<br>Time: 8:30 a.m. |

| TYPE OF PROCEEDING: | **Motion for Default Judgment and Entry of Final Order of Forfeiture** |
|---|---|

☐ TAKE NOTICE that the above proceedings in this case have been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE |
|---|---|---|
|  |  |  |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

*[signature]*

DATE: October 9, 2001                    (BY) DEPUTY CLERK

cc: AUSA - Attorney Ronald G. Morgan
    Attorney for Defendant - Michael P. Ridulfo
    File