

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

OCT 1 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-01-108 |
| | § | |
| ONE 1992 KENWORTH TRACTOR | § | |
| VIN No. 1XKADB9X3NJ568057 | § | |
| Defendant. | § | |

## UNOPPOSED MOTION FOR ENTRY OF FINAL
## ORDER OF FORFEITURE AND RELEASE

The United States of America, Plaintiff, pursuant to Rule 7 of the Federal Rules of Civil Procedure, moves this Court for entry of the attached **FINAL ORDER OF FORFEITURE AND RELEASE,** which resolves all matters before the Court in the instant case. The parties to this mater have reached a mutually agreed settlement, which is contained in the attached Stipulation and Agreed Order. The settlement agreement disposes of all issues in the instant case and results in a full and complete settlement. Counsel for the United States has consulted with Claimant, who has authorized counsel for the United States to represent to the Court that Claimant does not oppose the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, the United States of America prays that this Court grant its motion for entry of the attached order.

Respectfully submitted,

GREGORY A. SERRES
UNITED STATES ATTORNEY

By: _____
RONALD G. MORGAN
Assistant United States Attorney
Fed. Bar No. 23902
TX Bar No. 00795014
600 East Harrison Street, Ste 201
Brownsville, Texas 78521
Tel. No. (956) 548-2554
Fax No. (956) 548-2711

## CERTIFICATE OF SERVICE

I hereby certify on this the __16th__ day of __October__, 2001, a true and correct copy of the above **UNOPPOSED MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE AND RELEASE** was sent by first class mail to the individual listed below at the indicated address:

Michael P. Ridulfo
Sorrell, Anderson, Lehrman, Maixner & Ridulfo, L.L.P.
Counsel for Claimant Associates Commercial Corporation
711 N. Carancahua
1200 American Bank Plaza
Corpus Christi Texas 78475

_____
RONALD G. MORGAN
Assistant U.S. Attorney