*14*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 17 2001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-01-108 |
| | § | |
| ONE 1992 KENWORTH TRACTOR | § | |
| VIN No. 1XKADB9X3NJ568057 | § | |
| Defendant. | § | |

## ORDER OF FORFEITURE

The United States of America has moved for entry of a Judgment by Default and a Final Order of Forfeiture. The Plaintiff has shown: that probable cause exists for the seizure and forfeiture of ONE 1992 KENWORTH TRACTOR, VIN No. 1XKADB9X3NJ568057; that all potential claimants were served with notice of the action; and that, within the required period, only the holder of a lien on the Defendant Property has filed the required claim or statement of interest and answer. Based upon the facts presented, the Court **GRANTS** Plaintiff's motion, and it is hereby **ORDERED**:

1. That a judgment by default is entered against ONE 1992 KENWORTH TRACTOR VIN No. 1XKADB9X3NJ568057;

2. That all persons claiming any right, title or interest in or to the Defendant Property, with the exception of Associates Commercial Corporation, are held in default;

3. That ONE 1992 KENWORTH TRACTOR VIN No. 1XKADB9X3NJ568057 is forfeited to the United States of America, subject only to the claim of Associates Commercial Corporation;

4. That the government and counsel for Associates Commercial Corporation will enter into negotiations regarding Associate Commercial Corporation's claim and inform the Court as

to whether settlement has been accomplished or whether trial to establish the amount of the claim will be necessary; and

5. That the United States Marshals Service shall dispose of the Defendant Property in accordance with law.

**THIS IS THE FINAL ORDER OF FORFEITURE REGARDING THE DEFENDANT PROPERTY, EXCEPTING THE CLAIM OF ASSOCIATES COMMERCIAL CORPORATION.**

Signed this the 17th day of October, 2001.

_____
UNITED STATES DISTRICT JUDGE